# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. 3:20-CR-00508-S |
| SEBASTIAN GARZA-SOLIS § | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy**

## REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

Defendant **SEBASTIAN GARZA-SOLIS** is charged in a petition with a violation of the terms of her supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- [x] find Defendant violated the terms of his supervised release;
- [x] revoke Defendant's supervised release;
- [x] impose a sentence of an additional term of imprisonment of __6__ months with a further term of __0__ months of supervised release to follow; and
- [x] _recommend incarceration in BOP facility in Seagoville, TX_

**SO RECOMMENDED** on 9/4/2024.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant SEBASTIAN GARZA-SOLIS, hereby
- [x] waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- [ ] do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

9/4/2024
Date

_Sebastian G_
Defendant

_____
Defense Counsel

**Consented to by United States**

_____
Assistant U.S. Attorney